# United States District Court

## WESTERN DISTRICT OF TEXAS

FILED
DEC 0 8 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

UNITED STATES OF AMERICA

v.

Judy Marie ENGRAM

WARRANT FOR ARREST

CASE NUMBER: EP:06-M-5506-G

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Judy Marie ENGRAM**

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

On or about November 18, 2006 in El Paso county, in the Western District of Texas defendant(s) did, knowingly and intentionally possess with intent to distribute marijuana, to wit: approximately 94.12 pounds (gross weight) of marijuana, a Schedule I Controlled Substance; and did knowingly and intentionally import into the United States, marijuana to wit: approximately 94.12 pounds (gross weight) of marijuana, a Schedule I Controlled Substance in violation of Title 21 United States Code, Section(s) 841(a)(1) and 952(a).

On or about December 7, 2006 in El Paso county, in the Western District of Texas defendant(s) did, knowingly and willfully made false, fictitious, or fraudulent statements or representation to a federal officer in violation of Title 18 United States Code, Section(s) 1001(a)(2).

Richard P. Mesa
Name of Issuing Officer

*[signature]* Richard P. Mesa
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

December 7, 2006, at El Paso, Texas
Date and Location

Bail fixed at $ to be set     by   Richard P. Mesa
                                   Name of Judicial Officer

RETURN

This warrant was received and executed with the arrest of the above named defendant
at_____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |