JUDGE FRANK MONTALVO

EP06CR2563

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| SEALED: \_\_\_\_\_ | | UNSEALED  XX |
|---|---|---|
| COUNTY: EL PASO | DIVISION: EL PASO | JUDGE: |
| DATE: December 13, 2006 | MAG CT #: 06-5308-M | FBI #: |
| CASE NO: EP-06-CR- | ASSISTANT U.S. ATTORNEY: | |
| DEFENDANT: **MARY REBECCA ANDERSON,** aka Judy Marie Engram | | DOB: REDACTED |

ADDRESS: REDACTED

CITIZENSHIP: U.S.     INTERPRETER NEEDED: NO     LANGUAGE: N/A

DEFENSE ATTORNEY:                                      EMPLOYED \_\_\_
                                                        APPOINTED \_\_\_

DEFENDANT IS: Custody
    ADDRESS:

| DATE OF ARREST: December 7, 2006 | BENCH WARRANT: NO |
|---|---|

PROSECUTION BY: INDICTMENT

OFFENSE (Code and Description):
**CT 1:** 21:963 - CONSPIRACY TO IMPORT A CONTROLLED SUBSTANCE
**CT 2:** 21:952(a) - IMPORTATION OF A CONTROLLED SUBSTANCE
**CT 3:** 21:846 & 841(a)(1) - CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE
**CT 4:** 21:841(a)(1)-POSSESSION OF A CONTROLLED SUBSTANCE W/INTENT TO DISTRIBUTE
**CT 5:** 18:1001(a)(2)-FALSE STATEMENT

OFFENSE IS: FELONY

MAXIMUM SENTENCE: **CTS 1-4**: FIVE YRS(NO MIN MANDATORY)/$250,000/AT LEAST 2 YR MIN MANDATORY TERM OF SUPV RELEASE/$100 MANDATORY ASSESSMENT;
**CT 5**: FIVE YRS (NO MIN MANDATORY)/$250,000/NOT MORE THAN 3 YRS SUPV RELEASE/$100 MANDATORY ASSESSMENT

PENALTY IS MANDATORY: NO

REMARKS: ICE-Moses J. Olivares

WDT-Cr-3