IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | NO. EP-06-CR-2563-FM |
| | § | |
| Plaintiff | § | **I N F O R M A T I O N** |
| | § | |
| v. | § | Vio: 21:851 - Enhancement of Punishment |
| | § | |
| MARY REBECCA ANDERSON, | § | |
| | § | |
| Defendant. | § | |

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
(21 U.S.C. § 851)

That on or about October 20, 2003, Defendant, **MARY REBECCA ANDERSON,** was convicted of Delivery of a Controlled Substance: Cocaine, said conviction was filed in the 403rd Judicial District Court of Travis County, Texas in cause number 2023765.

The United States Attorney for the Western District of Texas, files this Information pursuant to the provisions of Title 21, United States Code, Section 851, for enhancement of punishment.

Respectfully submitted,

JOHNNY SUTTON
UNITED STATES ATTORNEY

BY:   __/S/_____
PATRICIA J. ACOSTA
Assistant U.S. Attorney
Texas Bar # 90001590
700 E. San Antonio, Suite 200
El Paso, Texas  79901
(915) 534-6884

CERTIFICATE OF SERVICE

      I hereby certify that on the 1st day of March, 2007, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participant:

Luis Islas
Attorney at Law
1216 Montana
El Paso, Texas 79902.

                                       /S/
                                 PATRICIA J. ACOSTA
                                 Assistant U.S. Attorney

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SEALED: _____ | | UNSEALED  XX |
| COUNTY: EL PASO | DIVISION: EL PASO | JUDGE: David Briones |
| DATE: MARCH 1, 2007 | MAG CT #: | FBI #: |
| CASE NO: EP-06-CR-2563-FM | ASSISTANT U.S. ATTORNEY: PATRICIA J. ACOSTA | |
| DEFENDANT: **MARY REBECCA ANDERSON** | | DOB: REDACTED |

ADDRESS: REDACTED

CITIZENSHIP: MEXICO    INTERPRETER NEEDED:    LANGUAGE:

DEFENSE ATTORNEY: Luis Islas                     EMPLOYED ___
                                                 APPOINTED  X

DEFENDANT IS: In Custody
    ADDRESS: El Paso County Detention Facility

DATE OF ARREST: DECEMBER 13, 2006        BENCH WARRANT: No

PROSECUTION BY: INFORMATION

OFFENSE (Code and Description):
21:851 - ENHANCEMENT OF PUNISHMENT

OFFENSE IS: FELONY

MAXIMUM SENTENCE: 10 YRS/$500,000 FINE/AT LEAST 4 YR MIN MANDATORY TERM OF SUPV RELEASE/$100 MANDATORY ASSESSMENT

PENALTY IS MANDATORY: NO

REMARKS: ICE: MOSES J. OLIVARES

WDT-Cr-3