

*United States Attorney*
*Western District of Texas*

**U.S. Department of Justice**

---

*700 E. San Antonio, Suite 200*     *Phone  (915)534-6884*
*El Paso, Texas 79901*                *Facsimile (915) 534-6024*

December 21, 2011

United States District Clerk
Western District of Texas
511 E. San Antonio
El Paso, Texas 79901

### RE: MARY REBECCA ANDERSON, EP-06-CR-2563-FM

Dear Sir or Madam:

    This is to advise you that the undersigned Assistant United States Attorney is currently the attorney assigned to represent the United States in the above-entitled and numbered cause on all matters forthwith.  Please change your records to accurately reflect this information.

    Thank you for your attention to this matter.

                        Very truly yours,

                        ROBERT PITMAN
                        United States Attorney

By: _____/s/_____
     JANET M. BONNER
     Assistant United States Attorney

JMB/mt
**REVO**