UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS | ) | NO: 3:06-CR-2563 |
| | ) | |
| Mary Rebecca Anderson | ) | |
| AKA  Brenda Alexander | ) | |

**NOTICE OF APPEARANCE**

     RONALD P. GUYER, Lawyer, gives notice to the Court, and to the United States Government, that he has been retained to represent Ms Mary Rebecca Anderson, AKA Brenda Alexander.

     Respectfully submitted,

/S/_____
RONALD P. GUYER
State Bar No: 08649500
1110 S. Alamo Street
San Antonio, TX 78210
Tel   210-226-6808
Fax  210-226-0331
rpguyer@airmail.net

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of this Notice of Appearance has been sent to Janet Bonner, Assistant United States Attorney, El Paso Division, Western District of Texas, on this the 2 day of January, 2012.

/S/ _____
RONALD P. GUYER