UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS | ) | NO: 3:06-CR-02563 |
| | ) | |
| MARY REBECCA ANDERSON | ) | |
| AKA  BRENDA ALEXANDER | ) | |

### MOTION TO WITHDRAW ARREST WARRANT
### AND
### SET THE CAUSE FOR A HEARING

Comes now Mary Rebecca Anderson, herein after referred to as Brenda Alexander, and requests the Court to withdraw the warrant for her arrest, and set the Motion to Revoke her Supervised Release for a hearing and in support of this request would show the Court the following:

1. Ms Alexander was convicted on June 29, 2007 and sentenced to 51 months confinement and 4 years of supervised release.  Ms. Alexander was released to Austin, Texas, then to San Antonio, to work and complete her supervised release.

2. While incarcerated Ms Alexander was diagnosed with hepatitis C and cirrhosis.  Ms Alexander's liver was found to be in such condition that she is listed for a liver transplant.

3. Ms Alexander has been undergoing clinical research trials with Alamo Medical Research.  This program began in early November 2011.  Participants such as Ms Alexander are carefully screened for any use of contraband drugs or alcohol before the trials and before the treatments which are conducted three times a week.

4. Ms Alexander was confronted my Ms Tracy Tate, her supervising Probation Officer, with the results of a urinalysis.  Ms Tate advised Ms Alexander that a test in November, 2011 was positive for methamphetamine.  Ms Alexander denied the use of methamphetamine.  Ms Tate further advised Ms Alexander that there had been a previous positive UA in October, 2010.  Ms Alexander denied then and denies now any use of a contraband drug.

5. Ms Alexander has been prescribed Adderall which she was taking in October of 2010 and has continued to take to the present time.  Given Ms Alexander's malfunctioning liver and the use of her prescription medication, Adderall, there is an explanation for the false positive methamphetamine result of her UA.

6. Ms Alexander was evaluated for cervical cancer and precancerous cells in her liver.  A hysterectomy is

recommended once her immune system is strong enough to withstand the operation.

7. Ms Alexander is not a flight risk.  She is aware of the allegations against her and is ready to address these allegations.  Ms. Alexander requests the Court to withdraw the warrant for her arrest so she can continue necessary medical treatment.

Wherefore, premises considered, Defendant Brenda Alexander respectfully requests the Court to grant this Motion to Withdraw Arrest Warrant and Set the Cause for a Hearing.

        Respectfully submitted,

        /S/_____
        RONALD P. GUYER
        State Bar Number 08649500
        1110 S. Alamo Street
        San Antonio, TX 78210
        Tel  210.226.6808
        Fax  210.226.0331
        rpguyer@airmail.net

## CERTIFICATE OF SERVICE

    I do hereby certify that a true and correct copy of this Motion to Withdraw Arrest Warrant and Set the Cause for a Hearing is being electronically sent through the CM/ECF system to AUSA Janet Bonner, El Paso Division, Western District of Texas, on this the 2 day of January, 2012.

/S/ _____
RONALD P. GUYER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS ) | NO: 3:06-CR-02563 |
| ) | |
| MARY REBECCA ANDERSON ) | |
| AKA BRENDA ALEXANDER ) | |

### ORDER

On this date came on to be considered Defendant's Motion to Withdraw Arrest Warrant and Set the Cause for a Hearing in the above styled and numbered cause.

Following due consideration the Court finds the Motion has merit and should be granted.

IT IS THEREFORE ORDERED that Brenda Alexander's Motion to Withdraw Arrest Warrant and Set the Cause for a Hearing be granted.

Signed this _____day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE