

**INNOVATORS IN LIVER DISEASE THERAPY**

621 Camden Street;  Suite 202                                  San Antonio, TX  78215

Phone: (210) 253-3426                                          FAX:   (210) 477-1808

November 17, 2011

Subject:  Brenda M. Alexander

To Whom It May Concern:

Ms Alexander has been undergoing clinical research trials with AMR Group for Hepatitis B and life-threatening related pre-cancerous liver disease for approximately six months. . Her treatment consists of daily prescribed medications and multiple mandatory scheduled weekly treatments on an outpatient basis.  These treatments are to continue for at least another 24 weeks, and they cannot be missed or skipped if she is to be permitted to remain in this research study.  In addition, it should be noted that terminating or interrupting said treatments at any point prior to completion will most likely result in substantial immediate deterioration in Ms. Alexander's health and the likelihood of her eventual recovery.

As a condition of participation in this research study, Ms. Alexander has been required at each treatment event to submit to complete panel of illicit drug, alcohol and tobacco use tests and has consistently passed all such tests.  Failure to pass one test will result in Ms. Alexander's immediate expulsion from the treatment regime with severe health consequences to Ms. Alexander.

Likewise, Ms. Alexander has been enrolled as a liver transplant recipient candidate.  If a suitable liver should become available, and it is determined that Ms. Alexander's prognosis under the study is not improving, the liver transplant option will be actively pursued.  At this time, it is impossible to determine if a liver transplant ultimately will be required, but it is a distinct possibility if a suitable liver should become available.

This letter is provided under Ms. Alexander's request, and hopefully it will prove satisfactory explanation of Ms. Alexander's current status with the AMR Group.

Sincerely,

*Mary Knox*

Mary Knox
Office Administrator

# Precision Cancer Center

1010 NW Loop 410
Suite 100
San Antonio, Texas 78213

O (210)308.9999

F(210)308.6262

FAX
226-0331

To Whom It May Concern:

On December 28, 2011 Ms. Alexander was evaluated for cervical cancer and pre-cancerous cells and a mass measuring 7mm in her liver. Based on this evaluation, we recommend an emergency hysterectomy to address her compromised immune system and continuous haemorrhaging, which are both grave health concerns.

As a result of this condition, she is suffering from severe anemia, cirrhosis of the liver and chronic hepatitis B. Said evaluation presented a white blood cell count of 98, platelet count of 92 and haemoglobin count of 7.5.

Following her emergency hysterectomy Ms. Alexander will be required to start aggressive radiation and continuing in her interferon treatments. Post surgery, these treatments can be expected to last as long as at least 24 weeks.

Failure to follow the above prescribed treatments, Ms. Alexander's prognosis is poor and most likely will result in her death.

Brian C. Lin M.D.
Oncologist

**SAN ANTONIO**
**PRECISION**
**CANCER**
**CENTER**

Bryan C. Lin, M.D.
DEA BL7009500

1010 NW Loop 410, Suite 100 • San Antonio, TX 78213 • 210.308.9999 • Fax: 210.308.6262

NAME: Brenda Alexander          DATE 12/27/11
ADDRESS DOB: 8/12/65

℞ Patient has an appointment 12/28/11 for initial consult with Dr. Bryan Lin.

☐ LABEL

Refill _____ Times

_____ M.D.