PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anderson, Mary Rebecca aka: Judie Marie Engram, TN: BRENDA MATTOX         EP-06-CR-2563(-FM)2

Name of Sentencing Judicial Officer:   Honorable Frank Montalvo, United States District Judge

Date of Original Sentence:   June 26, 2007

Original Offense: Conspiracy to Import a quantity of marijuana, in violation of 21 U.S.C. § 952, 960 and 963

Original Sentence: 51 months imprisonment; 4 years supervised release; $ 100.00 special assessment;

Type of Supervision:   Supervised Release         Date Supervision Commenced:   September 2, 2010
Assistant U.S. Attorney: Patricia J. Acosta         Defense Attorney:   Luis E. Islas

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | "The defendant shall participated in a program approved by the probation officer for the treatment of drug or alcohol dependency which may include testing and examination to determine if the defendant has reverted to the use of drugs or alcohol. The defendant may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay." |
| | On November 5, 2010 and November 29, 2011, the offender submitted urine specimen which tested positive for methamphetamine. Both tests were substantiated by GCMS at the national lab. Offender denied illicit use of methamphetamine despite the lab confirmation. |
| 2 | "The offender shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer." |
| | On February 7, 2011 she was counseled for associating with felon that she worked with and instructed not to associate, even with coworkers. |

On November 9, 2011, offender reported to the office with another offender. She was counseled about violating the conditions and was admonished not to associate with known felons.

On November 14, 2011, the probation officer conducted a home visit and saw another offender, Derrick Lowe, in her home. Officer is aware that the offender has knowledge of Mr. Lowes status as an offender. She had been previously admonished not to associate with any other felons

3   **"The defendant shall answer all questions truthfully by the probation officer, and follow the instructions of the probation officer."**

On the November Monthly Report Forms for 2010 and 2011, the offender denied any drug use. The lab confirmed methamphetamine use at 92% and 95% respectively.

**U.S. Probation Officer Recommendation:**   The offender has an extensive history of drug use and criminal activity. She has been closely supervised since she began supervision, because she has been prescribed the drug Adderall which is an amphetamine derivative drug, and because she has a history of abusing prescription medication.

According to her presentence report she reported ingesting methamphetamine since age 40, and she used it daily until her arrest in the instant offense. In relation to her positive specimen on November 5, 2010 which was confirmed, it indicates she began using it again 2 months after she started supervision. All of her specimen have returned positive and was substantiated by the Amphetamine prescription, except the two that were submitted for confirmation. Offender adamantly denies use.

While using illicit drugs she is a threat to society and has a security clearance through her employment that allows her to enter into state and federal buildings, that she would not otherwise have if it were known she was using illicit substances. Therefore, we request a warrant to show cause as to why the offender's supervision should not be revoked.

Additionally, we are respectfully requesting an intra-district jurisdictional transfer so the revocation proceedings can be held here in San Antonio.

[x] The term of supervision should be

  [x] revoked. (Maximum penalty: __2__ years imprisonment; __Lifetime__ years supervised release; and payment of any unsatisfied monetary sanction previously imposed)

  [ ] extended for _____ years, for a total term of _____ years.

[ ] The conditions of supervision should be modified as follows:

Approved:

*Isabel Pruneda*
Isabel Pruneda
Supervising U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5329

Respectfully submitted,

*Tracy L. Tate*
Tracy L. Tate
U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5317
Date: December 13, 2011

PROB 12C
(7/93)

cc: Patricia J. Acosta,
    Assistant U.S. Attorney

    Suzan Contreras,
    Assistant Deputy Chief U.S. Probation Officer

---

THE COURT ORDERS:

☐ No action.
☑ The issuance of a warrant.
☐ The issuance of a summons.
☐ Other _____

_____
Frank Montalvo
U.S. District Judge

Date
December 21, 2011