AO 442 (Rev. 12/85) Warrant for Arrest       **TRANSFER**

# United States District Court

## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | **WARRANT FOR ARREST** |
| **MARY REBECCA ANDERSON**<br>**TN: BRENDA MATTOX** | CASE NUMBER: **EP-06-CR-2563FM(2)** |

To:     The United States Marshal
        and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **MARY REBECCA ANDERSON/ TN: BRENDA MATTOX**
                                                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [X] Supervised Release Violation Petition
charging him or her with (brief description of offense)

### VIOLATION OF CONDITIONS OF SUPERVISED RELEASE

in violation of Title ___18___ United States Code, Section(s) ___3583___

William G. Putnicki
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Bail fixed at $ to be determined

Clerk, U.S. District Court
Title of Issuing Officer

December 27, 2011,   El Paso, TX
Date and Location

by _____
    Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED<br><br>DATE OF ARREST | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |