UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS | ) | NO: 3:06-CR-02563 |
| | ) | |
| MARY REBECCA ANDERSON | ) | |
| AKA BRENDA ALEXANDER | ) | |

**ORDER**

On this date came on to be considered Defendant's Motion to Withdraw Arrest Warrant and Set the Cause for a Hearing in the above styled and numbered cause.

Following due consideration the Court finds the Motion has merit and should be granted.

IT IS THEREFORE ORDERED that Brenda Alexander's Motion to Withdraw Arrest Warrant and Set the Cause for a Hearing be granted.

Signed this _4th_ day of _January_, 2012.

UNITED STATES DISTRICT JUDGE