# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | EP:06-CR-02563(2)-FM |
| | § | |
| (2) Mary Rebecca Anderson | § | |

## ORDER SETTING VIDEO HEARING REGARDING SUPERVISED RELEASE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **VIDEO HEARING REGARDING SUPERVISED RELEASE** in District Courtroom, Room 421, on the 4th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on **Monday, January 30, 2012 at 02:00 PM.  Attorney Ronald Guyer, defendant Mary Rebecca Anderson, and the U.S. Probation Officer are to report to the U.S.Distrct Court, San Antonio, Texas, 655 E. Cesar E. Chavez Blvd. Chambers 4, 3rd Floor**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 27th day of January, 2012.

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE