UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| USA | § |
| | § CRIMINAL NO: |
| vs. | § EP:06-CR-02563(2)-FM |
| | § |
| (2) Mary Rebecca Anderson | § |

## ORDER CANCELLING VIDEO HEARING REGARDING SUPERVISED RELEASE

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **VIDEO HEARING REGARDING SUPERVISED RELEASE on Monday, January 30, 2012 at 02:00 PM is hereby CANCELLED until further order of the court**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. If the defendant is on bond, counsel for the defendant shall notify the defendant that this matter is cancelled.

IT IS SO ORDERED this 27th day of January, 2012.

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE