Case 3:06-cr-02563-FM  Document 96  Filed 08/17/12  Page 1 of 4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § Cause Number: EP-06-CR-2563-FM |
| | § |
| MARY REBECCA ANDERSON, | § |
| also known as: Judy Marie Engram, | § |
| TN: BRENDA MATTOX | § |

### GOVERNMENT'S MOTION TO DISMISS THE MOTION TO REVOKE SUPERVISED RELEASE

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, by and through the United States Attorney for the Western District of Texas, files this Motion to Dismiss the Motion to Revoke Supervised Release, in the above entitled and numbered case, and would respectfully show unto the Court the following:

The Government at this time does not desire to revoke the Supervised Release of the Brenda Mattox. Ms. Mattox is also known as Mary Rebecca Anderson and Judy Marie Engram. When the Government filed the Motion to Revoke the Supervised Release, along with the Motion, the U.S. Probation Office filed a Petition for Warrant or Summons for Offender Under Supervision, in which it requested that an arrest warrant be issued based on the violation(s) alleged in the Petition. Subsequently, based on this Petition, the Honorable Frank Montalvo, United States District Court, ordered that such arrest warrant be issued. As a result, an arrest warrant was issued. Subsequently, on January 2, 2012, the attorney for Ms. Mattox filed a motion to withdraw the arrest warrant for Ms. Mattox based on Ms. Mattox's medical condition. On January 4, 2012, this Court granted the motion. However, the Motion and Petition remain pending.



WHEREFORE, premises considered, the Government respectfully prays the Court grant Government's Motion to Dismiss the Motion to Revoke Supervised Release, in the above entitled and numbered case.

Respectfully submitted,

ROBERT PITMAN
UNITED STATES ATTORNEY

BY: *(signature)*
STEPHEN G. GARCIA
Assistant U.S. Attorney
Texas Bar #07646450
700 E. San Antonio, Suite 200
El Paso, Texas  79901
(915) 534-6884

CERTIFICATE OF SERVICE

I hereby certify that on this the  17 th  day of August, 2012, a copy of the foregoing was sent to:

Ronald Perry Guyer
Attorney at Law
PO Box 830846
San Antonio, TX 78283
(210) 226-6808
Fax: 210/226-0331
Email: rpguyer@airmail.net

BY: *(signature)*
Stephen G. Garcia

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.   § | Cause Number: EP-06-CR-2563-FM |
| § | |
| MARY REBECCA ANDERSON, § | |
| also known as: Judy Marie Engram, § | |
| TN: BRENDA MATTOX § | |

## ORDER

On this date, came on to be considered the Government's Motion to Dismiss the Motion to Revoke Supervised Release, filed in the above entitled and numbered cause, and the Court, having considered the same, is of the opinion that the Motion to Dismiss the Motion to Revoke Supervised Release should be granted.

THE COURT FINDS that the Court is deeply concerned about the past conduct of Brenda Mattox, during her term on supervised released under the supervision of the United States Probation Office.

THE COURT FINDS that Brenda Mattox must continue to be on supervised release.

THE COURT FINDS that Brenda Mattox must continue to comply with the terms and conditions of supervised release which have been and are imposed by this Court and must comply with the instructions provided, by any Officer of the Untied States Probation Office, to Brenda Mattox, while under this supervision.

THE COURT ORDERS that Brenda Mattox must continue to be on supervised release.

THE COURT ORDERS that Brenda Mattox must continue to comply with the terms and conditions of supervised release which have been and are imposed by this Court and must comply

with the instructions provided, by any Officer of the Untied States Probation Office, to Brenda Mattox, while under this supervision.

THE COURT ORDERS that, when requested by any United States Probation Officer, Brenda Mattox must immediately provide any and all medical records to the Untied States Probation Officer, while under this supervision.

IT IS ORDERED that the Government's Motion to Revoke Supervised Release, filed in the above entitled and numbered cause, is hereby DISMISSED.

SIGNED and ENTERED this the _____ day of _____ 2012.

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE