IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Cause Number: EP-06-CR-2563-FM |
| § | |
| MARY REBECCA ANDERSON, § | |
| also known as: Judy Marie Engram, § | |
| TN: BRENDA MATTOX § | |

## ORDER

On this date, came on to be considered the Government's Motion to Dismiss the Motion to Revoke Supervised Release, filed in the above entitled and numbered cause, and the Court, having considered the same, is of the opinion that the Motion to Dismiss the Motion to Revoke Supervised Release should be granted.

THE COURT FINDS that the Court is deeply concerned about the past conduct of Brenda Mattox, during her term on supervised released under the supervision of the United States Probation Office.

THE COURT FINDS that Brenda Mattox must continue to be on supervised release.

THE COURT FINDS that Brenda Mattox must continue to comply with the terms and conditions of supervised release which have been and are imposed by this Court and must comply with the instructions provided, by any Officer of the Untied States Probation Office, to Brenda Mattox, while under this supervision.

THE COURT ORDERS that Brenda Mattox must continue to be on supervised release.

THE COURT ORDERS that Brenda Mattox must continue to comply with the terms and conditions of supervised release which have been and are imposed by this Court and must comply

with the instructions provided, by any Officer of the Untied States Probation Office, to Brenda Mattox, while under this supervision.

THE COURT ORDERS that, when requested by any United States Probation Officer, Brenda Mattox must immediately provide any and all medical records to the Untied States Probation Officer, while under this supervision.

IT IS ORDERED that the Government's Motion to Revoke Supervised Release, filed in the above entitled and numbered cause, is hereby DISMISSED.

SIGNED and ENTERED this the 21 day of August 2012.

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE