IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § § | DOCKET NO. EP-06-CR-2563-FM(2) |
| vs. | |
| ANDERSON, Mary Rebecca a.k.a.: Judy Marie Engram TN: Brenda Mattox | |

### TRANSFER OF JURISDICTION

On this day came on to be considered the above-styled and numbered cause. Defendant, Mary Rebecca Anderson, a.k.a. Judy Marie Engram, TN: Brenda Mattox, began her term of supervised release on September 2, 2010 in the Western District of Texas San Antonio Division. The Defendant was sentenced on June 26, 2007, to fifty-one (51) months custody to be followed by four (4) years supervised release for the offense of Conspiring to import a quantity of marijuana, a violation of 21 U.S.C. §§ 952, 960 and 963. In order for any future matters to be heard in the division where the Defendant is currently residing, the Court finds that jurisdiction of this case should be transferred from the El Paso Division to the San Antonio Division.

It is therefore ORDERED that the above-styled and numbered cause be, and it is hereby, TRANSFERRED to the SAN ANTONIO DIVISION OF THE WESTERN DISTRICT OF TEXAS.

It is further ORDERED that the District Clerk's Office in El Paso, Texas, transfer the file to the District Clerk's Office in San Antonio, Texas.

SIGNED AND ENTERED this 22 day of April, 2013.

Frank Montalvo
U.S. District Judge